# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Rodney Demon Harris (01)<br>Patricia Dawn Jones (02)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>2:19-MJ-56 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 4 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 1, 2019__ in the county of __Gray__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2113(a) and 2. | Credit Union Robbery and Aiding and Abetting. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Hendricks, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/04/2019

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

Case No. 2:19-MJ-56

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Special Agent, T. Scott Hendricks, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent with the FBI, and I have been so employed since 2002. I am currently assigned to the Amarillo Resident office of the FBI in Amarillo, Texas. As part of my official duties, I have conducted and participated in investigations relating to bank and credit union robbery investigations and crimes of violence. As part of my duties and responsibilities as an FBI Special Agent, I am authorized to investigate crimes involving credit union robbery, a violation of Title 18 U.S.C. 2113.

2. On March 1, 2019 at approximately 2:30pm, a black male, later identified as Rodney Demon Harris, entered the Pantex Federal Credit Union (PFCU), 807 N. Sumner, Pampa, Texas. The PFCU is a federally insured financial institution.

3. Harris entered the bank, pulled out what appeared to be a black handgun, later identified as a black handgun-style BB gun, pointed it at the two tellers and demanded money. Harris gave the tellers a white plastic sack and ordered them to fill it with money. Harris then put the money inside his hoodie pocket and fled the bank.

4. Harris was wearing black athletic-style shoes, blue jeans, a dark hoodie-style jacket over a gray hoodie-style jacket, a black neoprene mask, and tan work gloves. Harris is a black male and is approximately 6'00" tall and 260 lbs. The teller described the robber as a black male and approximately 6'02" tall and approximately 230 lbs.

5. A money count to determine the amount of money taken by Harris resulted in a loss of $22,640.00 in cash.

1

6. An eyewitness saw a male fleeing the bank wearing a dark hoodie jacket and holding something around his waist. The witness said the male got into a silver minivan and the minivan drive south on Sumner at a high rate of speed.

7. Video surveillance was obtained from the PFCU and another residence near the PFCU. The PFCU surveillance showed the robber to have the exact build and physical description of Harris. Further, the surveillance captured a close up of the robber's face showing the robbers uncovered eyes. The eye region of the face from the PFCU surveillance strongly resembled the eye region of Harris.

8. The video surveillance from a nearby neighbor showed a 2005 to 2007 model silver Honda Odyssey near the PFCU around 2:30pm. The van in the surveillance had some distinct damage on the passenger side of the vehicle and bearing a Texas license plate. Investigation showed a silver 2005 Honda Odyssey bearing Texas license plate JBL9542. The vehicle was registered to Deborah Sue Jones. Deborah is the mother of Patricia Dawn Jones. Jones and Harris live with Deborah in Pampa and have a three-year-old child in common.

9. On March 3, 2019, Harris and Jones were located in Amarillo, Texas. Jones was subsequently interviewed. Jones admitted to being the driver in the credit union robbery. Jones said Harris wanted to rob the bank to get his vehicle out of impound. Jones told us different locations where she and Harris threw away the BB gun and Harris' shoes and clothing worn during the robbery. The same day, investigators recovered the BB gun and shoes matching the video surveillance in the locations where Jones told investigators the items were thrown away. Jones also provided the location of $2000.00 of the $22,640.00 that was stolen which was also recovered. Jones said the gray hoodie worn by Harris belonged to her mother and was returned to her mother after the robbery.

10. On March 3, 2019, Deborah Sue Jones was interviewed. Deborah said Jones and Harris left in her silver Honda Odyssey minivan on Friday, March 1, 2019, at approximately 2:00pm. Deborah said Harris was wearing the only pair of shoes he owned which were black athletic-style shoes. He was wearing jeans. Deborah also said Harris frequently uses and wears her gray hoodie. The hoodie was in her house hanging on a hook by her front door.

11. Based on the information set forth in the preceding paragraphs, I have probable cause to believe Rodney Demon Harris entered the Pantex Federal Credit Union in Pampa, Texas, displayed a dangerous weapon and demanded money, and forcibly took $22,640.00 in cash, in violation of Title 18 U.S.C. 2113. Further, I have probable cause to believe Patricia Dawn Jones drove Harris to the bank and was the getaway driver for Harris in commission of the credit union robbery in violation of Title 18 U.S.C. 2113.

_____
Scott Hendricks
FBI, Special Agent

Sworn to before me, and subscribed in my presence

March 4, 2019         at         Amarillo, Texas
Date                                  City and State

Lee Ann Reno, U.S. Magistrate Judge         _____
Name and Title of Judicial Officer                Signature of Judicial Officer

_____
Joshua Frausto
Assistant United States Attorney

3