IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:19-CR-056-D(01) |
| RODNEY DEMON HARRIS (01) | |

## FACTUAL RESUME

In support of Rodney Demon Harris's plea of guilty to the offense in Count One of the indictment, Harris, the defendant, Greg Freeman, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSES

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. §§ 2113(a) and 2 that is, Credit Union Robbery and Aiding and Abetting, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant intentionally took from the person or presence of another, money;

*Second.*  That the money belonged to, or was in the possession of Pantex Federal Credit Union, federally insured at the time of the taking; and

*Third.*  That the defendant took the money by means of force or violence or by means of intimidation.

---

[1] Fifth Circuit Pattern Jury Instruction 2.80A (5th Cir. 2015 ed.).

**Rodney Demon Harris**
**Factual Resume - Page 1**

## STIPULATED FACTS

1.  Rodney Demon Harris admits and agrees that on or about March 1, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, Rodney Demon Harris and Patricia Dawn Jones, defendants, by force or violence, or by intimidation, did take, or attempt to take, from the person and presence of employees of Pantex Federal Credit Union, 807 N. Sumner St., Pampa, Texas, money belonging to, and in the care, custody, control, management, or possession of said Pantex Federal Credit Union, a credit union whose accounts were then insured by the National Credit Union Administration Board.

2.  On March 1, 2019 at approximately 2:30 p.m., an individual, later identified as Rodney Demon Harris, entered the Pantex Federal Credit Union, 807 N. Sumner, Pampa, Texas. Harris entered the credit union, pulled out what appeared to be a black handgun, later identified as a black handgun-style BB gun, pointed it at the two tellers and demanded money. Harris gave the tellers a white plastic sack and ordered them to fill it with the money. Harris then put the money inside his hoodie pocket and fled the credit union. Harris was wearing black athletic-style shoes, blue jeans, a dark hoodie-style jacket over a gray hoodie-style jacket, a black mask, and tan work gloves.

3.  An eyewitness observed a male, later identified as Harris, fleeing the credit union and getting in a silver minivan and the minivan drove south on Sumner street at a high rate of speed. Law enforcement later learned that Patricia Dawn Jones was the get-a-way driver at the robbery. The teller's money count after the robbery determined the amount of money taken by Harris and Jones resulted in a loss of $22,640.00. The PFCU,

at all times material to this factual resume, was a credit union, the accounts of which were insured by the National Credit Union Administration Board.

4. On March 3, 2019, law enforcement located Harris and Jones in Amarillo, Texas driving the minivan described at the credit union robbery. Law enforcement interviewed Jones, and Jones admitted to being the get-a-way driver at the credit union robbery. Jones provided information to law enforcement about the BB gun, clothes, and gloves Harris used during the robbery. Law enforcement located some of the items including the BB gun. Jones also provided the location of $2,000.00 of the $22,640.00 that was stolen during the credit union robbery, which was also recovered by law enforcement.

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

AGREED TO AND STIPULATED on this 31st day of May, 2019.

*[signature]*
Rodney Demon Harris
Defendant

*[signature]*
Greg Freeman
Attorney for Defendant

ERIN NEALY COX
UNITED STATES ATTORNEY

*[signature]*
JOSHUA FRAUSTO
Assistant United States Attorney
West Texas Deputy Branch Chief
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:         joshua.frausto@usdoj.gov