IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:19-CR-056-Z(01) |
| | ECF |
| RODNEY DEMON HARRIS | |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Rodney Demon Harris, in support of which the United States shows as follows:

On October 8, 2019, Rodney Demon Harris, defendant, was sentenced by U.S. District Judge Matthew J. Kacsmaryk, to a term of incarceration of 72 months, to be followed by a term of supervised release of 3 years, with conditions, upon his conviction of Credit Union Robbery in violation of 18 U.S.C. § 2113(a). Harris began serving his current term of supervised release on April 13, 2023.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Other Condition No. 2:** The defendant shall not unlawfully possess a controlled substance.

**Violation of Other Condition No. 4:** The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as

determined by the court.

## II.

Defendant **Harris** violated these conditions in that:

1. On or about September 8, 2025, the defendant used and possessed marijuana, an illegal controlled substance.

## III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law. Further, the United States request that the defendant be detained pending his final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov

**Rodney Demon Harris**
**Government's Motion to Revoke Supervised Release - Page  2**